Maurice Davis v17005
Name and Prisoner Booking Number

California State Prison - Sacramento
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, CA 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

**May 23, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Maurice Daronte Davis Rogers ,
(Full Name of Plaintiff)        Plaintiff,

v.

(1) Dr. Meskath Uddin ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:22-cv-864-DB (PC)
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SACRAMENTO / Represa, CA

## B. DEFENDANTS

1.  Name of first Defendant: Dr. Neskath Uddin . The first Defendant is employed as: Doctor at California State Prison/Sacramento.

               (Position and Title)                           (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.

               (Position and Title)                           (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.

               (Position and Title)                           (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.

               (Position and Title)                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### CLAIM I

1.   State the constitutional or other federal civil right that was violated: Fourth and Eighth Admendment of the U.S. constitution was violated

2.   **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: Sexual and physical assault

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On the date of 3-9-20 I was sexually and physically assaulted by Dr. Meskeath Udolin. I was scheduled for a aggravated groin injury but also had back pain. He asked me to pull up my shirt to check my disc. While checking my back he began to punch it. I told him about the pain & discomfort. "This hurts. Why are you punching me?" He states "I'm a doctor I know what I'm doing" He hits me another (4) times. I got aggravated and said "Hey, Knock it off, that shit hurts" He looks away and says "Pull your pants down real quick so I can check for hernia." He walked to the door and checked both ways. He told me to ly on the chair. While lying on the chair he grabbed my private area (penis) with his left hand and pushes my left thigh outward with his right. I say "Hey, thats not my groin. Thats my dick." He states "Its all part of the same thing" Then squeezes my left groin area. I sat up and said "dude youre hurting me" He tells me to sit up and stand, twist, then bend at the hip and touch my toes. While in pain he says "Nothing is wrong. I'm taking your chrono/Lower bunk/Lower Tier." I've contacted P.R.E.A and nothing was. I recently was seen by I.S.U staff they said they didnt have anything on file about my complaint. Also the D.O.M (Department Operations Manual) Penal Code 52050.19.3) and 52050.19.5 was violated 52050.19.3 "Supervison of searches" and 52050.19.5 "Methods". On 3-10-20 I told then Sgt Smith about the incident. On 3-16-20 I went to Mental Health w/ th the same results

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Mental and Physical embarassment. I tried to get my body some help and it was violated

5.   **Administrative Remedies:**

a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No

b.   Did you submit a request for administrative relief on Claim I?     ☒ Yes   ☐ No

c.   Did you appeal your request for relief on Claim I to the highest level?     ☒ Yes   No

d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities      ☐ Mail            ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?      ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
       institution?                                                                          ☐ Yes  ☐ No
    b. Did you submit a request for administrative relief on Claim III?                       ☐ Yes  ☐ No
    c. Did you appeal your request for relief on Claim III to the highest level?              ☐ Yes  ☐ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Because of my fourth and ~~fifth~~ Eighth Admendment ~~rights~~ U.S. Constitional rights was Violated as was C.D.C.R D.O.M Penal Code 52050.19.3 "Supervison and Searches" and 52050.19.5 "Methods" I am seeking $200,000 total. $100,000 for the sexual and Physical assault committed by CDCR staff and another $100,000 for Pain and Suffering. I have inquired about this incident for a long time and its been swept under the rug.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5·20·22
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.