UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DARONTE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>MESKATH UDDIN,<br><br>Defendant. | No. 2:22-cv-0864 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his Fourth and Eighth Amendment rights. Presently before the court is plaintiff's motion for an extension of time to file a response to defendant's motion for summary judgment.

Plaintiff requests a sixty-day extension of time to respond to defendant's motion for summary judgment. (ECF No. 34.) In support of the motion, plaintiff states that he is experiencing delays in receiving mail and needs time to obtain copies. Good cause appearing, the court will grant the motion.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and
2. He shall file an opposition on or before January 5, 2024.

Dated: December 5, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/davi0864.EOT