IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MAURICE DARONTE DAVIS,**

                         Plaintiff,

    v.

**MESKATH UDDIN,**

                         Defendant.

Case No. 2:22-cv-00864 DB P

[~~PROPOSED~~] ORDER

    Based on the request of Defendant Uddin, the Court's *in camera* review of Exhibit A to the declaration of D. Anderson in support of Defendant's motion for summary judgment, and good cause appearing, the Clerk of Court shall file Exhibit A under seal.

    IT IS SO ORDERED.

Dated: June 27, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[~~Proposed~~] Order (2:22-cv-00864 DB P)